FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  SEP 8 2005  ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ASHAN IQBAL SULEHRIA, IQBAL NAZ
SULEHRIA,

                Plaintiffs,        02 CV 5270 (SJ)

  - against -                         <u>ORDER</u>

NEW YORK CITY HEALTH & HOSPITALS
CORP., CONEY ISLAND HOSPITAL,
ELIOT LOPEZ, JANE DOES 1 AND 2,

                Defendants.
------------------------------------------------------X

A P P E A R A N C E S:

DAVID M. GOLDBERG
P.O. Box 254
Amenia, NY, 12501-0254
Attorney for Plaintiffs

ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013-2869
By: Sin Yen Ling
Attorney for Plaintiffs

CORPORATION COUNSEL FOR THE CITY
OF NEW YORK
100 Church Street
New York, NY
Attorney for Defendant New York City Health &
Hospitals Corp.

1

P-049

JOHNSON, Senior District Judge:

An Order to Show Cause why this case should not be dismissed for failure to prosecute previously having been issued, and over thirty days having elapsed without response from Plaintiffs, the Court hereby ORDERS that the case shall be dismissed without prejudice.

The Clerk of Court is directed to enter a final judgment of dismissal and to close the case.

SO ORDERED.

Dated: August 29, 2005
Brooklyn, NY

s/SJ

Senior U.S.D.J.